UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SAMUEL LOVE,<br><br>        Plaintiff,<br><br>   v.<br><br>PAMG, INC.,<br><br>        Defendant. | No. ED CV 18-814 PA (SPx)<br><br>JUDGMENT AND PERMANENT INJUNCTION |

In accordance with the Court's October 17, 2018 Minute Order granting the Motion for Default Judgment filed by plaintiff Samuel Love ("Plaintiff"), it is hereby ORDERED, ADJUDGED, AND DECREED that:

     1.    Defendant PAMG, INC. ("Defendant") shall pay to Plaintiff the total amount of $8,835.50 (itemized as statutory damages of $4,000.00, attorneys' fees of $4,205.50, and litigation costs of $630.00); and

     2.    Defendant is ordered to provide a compliant accessible parking space at the property located at or about 1595 West Valley Boulevard, Colton, California, in compliance with the Americans with Disabilities Act Accessibility Guidelines.

DATED: October 17, 2018

                                                       Percy Anderson<br>
                                                   United States District Judge